UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSIE OFFORD
(DOC #110951)

VERSUS

RICHARD STALDER, SECRETARY, ET AL

CIVIL ACTION

NO. 08-0058-A

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 19, 2008 (doc. 4).  Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiffs' claims are dismissed as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, March 31 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA